Official Form 16B
12/94

**FILED**

AUG 29 2013

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

# United States Bankruptcy Court

__MIDDLE__ District Of __FLORIDA__

In re __Raychell Williams__
   Debtor

Case No. __6:13-bk-06209-CCJ__

Chapter __13__

Subject: Chp. 13

I __Raychell Williams__ is filing a motion of requesting reconsideration of the dismisal order Doc. #26 and is requesting a hearing please. I have been making my payments and I do believe there is a big error somewhere. I ask of you to please reinstate my chpt. 13.

Thank you
R. Williams
God Bless
8-29-2013